# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **ACCIDENT INSURANCE CO.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:19-cv-00848-MHT** |
| | ) | |
| **MATHEWS DEV. CO.,** *et al.,* | ) | |
| **Defendants.** | ) | |

## ACCIDENT INSURANCE COMPANY'S CONSOLIDATED EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Accident Insurance Company files the following consolidated evidentiary materials in support of its Motion for Summary Judgment (Doc. 52).

## TABLE OF CONTENTS

1. Plaintiff's Exhibit A, Accident Insurance Company Policy

2. Plaintiff's Exhibit B, Jim E. Mathews 30(b)(6) Deposition

3. Plaintiff's Exhibit C, Jordan Complaint, Circuit Court of Montgomery County

4. Plaintiff's Exhibit D, Jordan's Consolidated Discovery Responses

5. Plaintiff's Exhibit E, Mathews Development's Consolidated Discovery Responses

6. Plaintiff's Exhibit F, August 10, 2021, Letter from Patrick L. W. Sefton to Lane Finch.

7. Plaintiff's Exhibit G, Thomas Complaint, Circuit Court of Montgomery County

8. Plaintiff's Exhibit H, Thomases' Consolidated Discovery Responses

9. Plaintiff's Exhibit I, Wortham Complaint, Circuit Court of Montgomery County

10. Plaintiff's Exhibit J, Worthams' Consolidated Discovery Responses

11. Plaintiff's Exhibit K, Mathews Development's Responses to Requests for Admission

**RESPECTFULLY SUBMITTED,**

Dated: March 22, 2022                 _/s/ Lane Finch_

F. Lane Finch, Jr. (ASB-0027-I58F)
Blakely L. Lloyd (ASB-1562-N88Q)
*Attorneys for Accident Ins. Co.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
(205) 314-2401
lane.finch@swiftcurrie.com
blakely.lloyd@swiftcurrie.com

## CERTIFICATE OF SERVICE

I certify that on March 22, 2022, the foregoing was served on the following attorneys of record by one or more of the following means in accordance with the Federal Rules of Civil Procedure:

[✓]    CM/ECF Electronic Filing
[]    Email
[]    U.S. Mail
[]    Facsimile
[]    Hand Delivery

Mahaley P. McInnes
Christina D. Crow
Jinks, Crow & Dickson, P.C.
mmcinnes@jinkslaw.com
ccrow@jinkslaw.com
*Attorneys for Courtney Jordan, Kelvin Wortham, Sheretha Wortham, Edward Thomas and Ruth Thomas*

Patrick L.W. Sefton
Sasser, Sefton & Brown, P.C.
psefton@sasserlawfirm.com
*Attorney for James E. Mathews and Mathews Development Company*

_/s/ Lane Finch_
OF COUNSEL

4859-0596-9943, v. 1