IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ACCIDENT INSURANCE CO.,    )
INC.,                      )
                           )
     Plaintiff,            )
                           )       CIVIL ACTION NO.
     v.                    )         2:19cv848-MHT
                           )             (WO)
MATHEWS DEVELOPMENT        )
COMPANY, LLC, et al.,      )
                           )
     Defendants.           )
```

**JUDGMENT**

The court having been orally informed by the parties that Counts I and II of the complaint (Doc. 1) have now settled, it is the ORDER, JUDGMENT, and DECREE of the court that those counts of the complaint are dismissed with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal of said claims or to stipulate to the entry of judgment instead of dismissal on said claims, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the claims

reinstated or the settlement enforced, should the settlement not be consummated.

It is further ORDERED that the motion for summary judgment (Doc. 52) is denied in part as moot to the extent it sought summary judgment on Counts I and II. However, the motion remains pending as to Count III.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and will proceed on count III of the complaint.

DONE, this the 19th day of July, 2022.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE