IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ACCIDENT INSURANCE CO.,     )
INC.,                       )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )    2:19cv848-MHT
                            )        (WO)
MATHEWS DEVELOPMENT         )
COMPANY, LLC, et al.,       )
                            )
    Defendants.             )
```

**ORDER**

Upon consideration of the unopposed oral motion to dismiss made by defendants Courtney Jordan, Kelvin Wortham, and Sheretha Wortham during the on-the-record hearing on February 1, 2023, it is ORDERED that the motion is granted, plaintiff's claims against these defendants are dismissed without prejudice, and these defendants are terminated as parties to this action.

This case is not closed.

DONE, this the 1st day of February, 2023.

             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE